United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

ALUTIQ INTERNATIONAL SOLUTIONS, LLC,

Plaintiff,

v.

OIC Marianas Insurance Corporation,

Defendant.

Case No. 3:16-mc-80201-LB

**ORDER**

Re: ECF No. 11, 12

In 2016, Alutiq International Solutions registered a foreign judgment. (ECF No. 1.) A writ of execution issued. (ECF No. 2.) Then, on August 20, 2026, Alutiq gave notice of its renewal of judgment. (ECF No. 10.) Defendant Dennis Lyon then filed a motion on August 27, 2026, for an extension of time to file a response. (ECF No. 12).

A motion for renewal of judgment is largely administrative. The procedure for executing a judgment entered by a federal court "must accord with the procedure of the state where the court is located, [unless] a federal statute governs." Fed. R. Civ. P. 69(a)(2). The motion to renew judgment was timely filed under California law: judgment was entered under 28 U.S.C. § 1963 on September 22, 2016, and the motion was filed on August 12, 2026, within ten years of entry of judgment. Cal. Civ. Proc. Code §§ 683.120, 683.130. And under California law, "the clerk's entry of a renewed judgment 'is an automatic, ministerial act.'" *Padgett v. Bustamante & Gagliasso, P.C.*, No. 20-15246, 2022 WL 1125654, at *1 (9th Cir. Apr. 15, 2022) (quoting *Goldman v.*

*Simpson*, 160 Cal. App. 4th 255, 262 (2008)). "Upon the filing of the application, the court clerk shall enter the renewal of the judgment in the court records." Cal. Civ. Proc. Code § 683.150(a). As a non-dispositive matter, it does not require the consent of the parties. 28 U.S.C. § 636; *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 807 (9th Cir. 2022)

The judgment debtor has 60 days after service of the notice of renewal to file a noticed motion to vacate the renewed judgment. If the motion is not timely made, the renewed judgment is enforceable as entered. *Cf. Goldman*, 160 Cal. App. 4th 255, 261 (2008); Cal. Civ. Proc. Code § 683.170(b) & Comm. (nothing in the section "affects or limits any remedies otherwise available to the judgment debtor after the time for making a motion to vacate has expired"); *American Contractors Indem. Co. v. Hernandez*, 73 Cal. App. 5th 845, 850 (2022) (judgment debtor can dispute renewal of judgment only if they file timely motion to vacate following service of notice of renewal).

For these reasons, the court terminates the motions at ECF Nos. 11 and 12. If the court has misapprehended the legal context, Alutiq must provide the legal context within two weeks. If nothing is filed, this serves as notice of the defendant's remedies. The court will separately provide its notice of resources to parties who are representing themselves.

**IT IS SO ORDERED.**

Dated: September 3, 2026

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California